**San Antonio CROSBY, Plaintiff-Appellant,**

v.

**SCHOOL BOARD OF the CITY OF HAMPTON; Dr. Linda Schifflette; Robbin Ruth, Defendants-Appellees.**

No. 17-1459

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: January 12, 2018

San Antonio Crosby, Appellant Pro Se. Heather Kathleen Bardot, BANCROFT, MCGAVIN, HORVATH & JUDKINS PC, Fairfax, Virginia, for Appellees.

Before GREGORY, Chief Judge, and NIEMEYER and TRAXLER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

San Antonio Crosby appeals the district court's order granting summary judgment to Defendants in this action alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e to 2000e-17 (West 2012 & Supp. 2016), and 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Crosby v. Sch. Bd. of City of Hampton*, No. 4:14-cv-00167-AWA-LRL, 2017 WL 5616370 (E.D. Va. Mar. 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*